**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at GREENBELT

| | |
|---|---|
| In Re: | |
| Tony Arnel Massenburg | Case No.    12-27073-TJC |
| Debtor | Chapter    11 |

### ORDER

On October 24, 2013, the court held a hearing on the motion by the United States Trustee to convert the case to chapter 7, as opposed by the debtor Tony Arnell Massenburg. During the course of the hearing, testimony and evidence was adduced concerning the TAM Revocable Trust (the "Trust"), of which the debtor serves as trustee. The court continued the hearing until November 12, 2013, and entered an order prohibiting the debtor from transferring or spending any Trust assets through the hearing date. At the hearing on November 12, 2013, the debtor consented to the conversion of the case to one under chapter 7 and also consented to continuing the prohibition on spending or transferring Trust assets through December 31, 2013. Accordingly, it is hereby

ORDERED, that the debtor shall not spend, transfer or convey any funds or other property or assets of the Trust through 5:00 p.m. on December 31, 2013, without further order of the court.

cc: Debtor
    Debtor's counsel
    Trustee
    United States Trustee
    All parties in interest

**END OF ORDER**