IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                            :

TONY ARNEL MASSENBURG              :

         Debtor            :      Case No. 12-27073-TJC
                                                   Chapter 7

## NOTICE OF APPEAL

    Tony A. Massenburg, Debtor in the above-captioned bankruptcy case hereby appeals, to the U.S. District Court, the Order of the court denying the debtor's motion to order the Chapter 7 trustee to turnover to the Debtor the remaining $30,012.45 of the Debtor's NBA pension funds, which Order was entered on October 23, 2015, a copy of which is attached hereto.

    The other party to this appeal is the Chapter 7 trustee: Roger Schlossberg, Esquire, whose attorney is Frank Mastro, Esquire, 18421 Henson Boulevard, Suite 201, Hagerstown, Maryland 21742, 301- 739-8610.

                                                   /S/Eric H. Kirchman
                                                 Eric H. Kirchman
                                                 Md. Fed. Bar No. 09002
                                                 Attorney for Debtor
                                                 15 West Montgomery Avenue, Suite 205
                                                 Rockville, Maryland 20850
                                                 (301) 762-2909
                                                 Fax: (202) 204-6269
                                                 Email: Kirchlaw@cs.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on all parties by the court's electronic filing system or was mailed by first class mail, postage prepaid, on this the 2nd day of November 2015, to:
Attorney for Trustee
Frank Mastro, Esquire
18421 Henson Boulevard, Suite 201
Hagerstown, Maryland 21742

Chapter 7 Trustee
Roger Schlossberg, Esquire
18421 Henson Boulevard, Suite 201
Hagerstown, Maryland 21742

                                                             <u>/S/Eric H. Kirchman</u>
                                                              Eric H. Kirchman



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COURT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| TONY ARNEL MASSENBURG, ) | Case No. 12-27073-TJC |
| ) | |
| Debtor. ) | (Chapter 7) |
| ) | |

## ORDER

Before the Court is the Debtor's *Motion to Require the Chapter 7 Trustee to Turnover the Remaining $30,012.45 of Debtor's NBA Pension Funds* ("the Motion"), filed on August 24, 2015 (ECF #229). The Trustee filed an opposition to the Motion on September 17, 2015 (ECF #236). The Court held a hearing on the Motion and opposition on October 19, 2015, and issued a ruling from the bench. Accordingly, for the reasons set forth in the bench ruling, it is by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED** that the Motion shall be, and is hereby, **DENIED**.

**SO ORDERED.**

cc:  Frank J. Mastro, Esq.
Roger Schlossberg, Esq.
Eric H. Kirchman, Esq.

**END OF ORDER**