**EXHIBIT 2**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

IN RE:                                    :

TONY ARNEL MASSENBURG       :

       Debtor                :       Case No. 12-27073-TJC
                                                                        Chapter 7

### AFFIDAVIT OF TONY ARNEL MASSENBURG

1. That I purchased the Rolex watch and gave it to my father during 1991.

2. That I am not sure what happened to the single earring but it is my belief that it was lost when I moved to San Antonio, Texas during 2004.

**I hereby certify under the penalties of perjury that the contents of the foregoing are true and correct to the best of my knowledge, information and belief.**

*[signature]*
TONY ARNEL MASSENBURG