# PERSONAL ARTICLES APPLICATION

FOR ENDORSEMENT, COMPLETE ONLY THOSE SECTIONS WHICH CHANGE.

State Farm Fire and Casualty Company
Bloomington, Illinois

OFFICE USE ONLY
20 - CQ 6768 3 P
JUN 16 1998

| New | Ren | Rew | End | of Policy Number | | Effective date | 6/10/98 | Expiration date | 6/10/99 | Term: 12 Months |

## APPLICANT

NAME (Please print): Massenberg, Tony A
Mailing address: 13265 Tony Lane, Stony Creek, Virginia 23882-3209
Location of insured property: 12815 Quiet Owl Lane, Bowie

- Has the applicant or any household member had any losses, insured or not, in the past 3 years (fire, wind, crime, etc.)? **No**
- Other State Farm insurance: Auto ✓ / Health / Life / None — Policy Number: 20CQ6768-4
- Has any insurer or agency canceled or refused to issue or renew similar insurance... **No**
- Most recent personal articles insurer: Newly Acquired  Policy Number: N/A
- Specific occupation: M.B.A. — Co-applicant: N/A
- Home Alert Protection Plan: SA, DB, FE
- How long have you known the applicant? 5 yrs.

## UNDERWRITING

Approved by: JTR  C/K/NO

## PREMISES

| Protection class | 3 | Premium zone | 4 | Construction: Frame ✓ | Type of roof: Comp |
| Year built | 1992 | Occupied by: Owner ✓ | | Inside city limits? No ✓ | No. of units in fire div.: 1 |

## COVERAGE

| CLASS OF PROPERTY | INFLATION COVERAGE (Yes/No) | LIMITS OF LIABILITY | RATE | PREMIUM |
|---|---|---|---|---|
| 1. Jewelry — Full Cov. | Yes ✓ | $10,850 | | $ |
| Pair and Set Cov. (Option Q) | | $ | | $ |
| 2. Furs | | $ | | $ |
| 3. Cameras | | $ | | $ |
| 4. Musical Instruments | | $ 1,023 | | $ |
| 5. Silverware | | $ | | $ |
| 6. Golfer's Equipment | | $ | | $ |
| 7. Fine Arts (total schedule) | | $ | | $ |
| 8. Stamps and Coins | | $ | | $ |
| 9. Sports Equipment | | $ | | $ |

| CLASS OF PROPERTY | | LIMITS OF LIABILITY | RATE | PREMIUM |
|---|---|---|---|---|
| Subtotal (items 1-9) | | | | $ |
| Home Alert Credit | | | | -$ |
| Other Credits/Charges | | | | |
| Total Personal Articles | | | | $ |
| 10. Collectibles | | $ | | $ |
| 11. Other | | $ | | $ |
| 12. Saddle Horse and Pet | | $ | | $ |

TOTAL POLICY PREMIUM: $107.00   Amount paid: $107.00   Balance due: $0

## SIGNATURES

Agent's Code Stamp: J PODOLEY 8102   BELTWAY F857

Date and Time of Application: 6/10/98  2:00 p.m.

Applicant's Signature: Tony Massenberg

F7-2630.12 Rev. 7-92