**State Farm Fire and Casualty Company**
*1500 State Farm Blvd.*
*Charlottesville, VA 22909-0001*

**RENEWAL CERTIFICATE**              **EXHIBIT 4**

| POLICY NUMBER | 46-B3-C231-0 |
|---|---|

Personal Articles Policy
FEB 21 2015 to FEB 21 2016    THE POLICY PERIOD BEGINS AND ENDS AT 12:01 A.M. STANDARD TIME AT THE NAMED INSURED'S ADDRESS

| DATE DUE | SEE BALANCE DUE NOTICE |
|---|---|
| FEB 21 2015 | $81.00 |

```
       AT2              G-07- 9149-FB01     P      F
                 000219  0001
    MASSENBURG, TONY A
    APT 629
    8210 CRESTWOOD HEIGHTS DR
    MCLEAN VA   22102-3150
```

**Coverages and Limits**

| Class of Property | Amount of Insurance |
|---|---|
| * Jewelry | $10,596 |

*Inflation coverage applies

Location:   Same as Mailing Address

**Forms, Options, and Endorsements**
Personal Articles Policy           FP-7940.2
Inflation Coverage                 OPT  I
Loss Settlement Endorsement        **FE-3357

**Effective: FEB 21 2015

| | |
|---|---|
| **Annual Premium** | $81.00 |
| **Amount Due** | $81.00 |

**Premium Reductions**
   Home Alert Discount

Inflation Coverage Index:   238.3

NOTICE:  Information concerning changes in your policy language is included.    Please call your agent if you have any questions.

*Thanks for letting us serve you...*

*Moving? See your State Farm agent.*
*See reverse for important information.*

0587   201B   I   **Agent** JIMMY PODOLEY          Prepared
E  *  A8           **Telephone** (202) 546-2244     REB         JAN 06 2015
010

```
EASTERN (07)           **** PDQ - PAP SCHEDULE SCREEN ****      QNB005V8
                                                                CLASSES COVERED
                                    JEWELRY                     JEWELRY

46 B3C231 0  NAME  MASSENBURG, TONY A

EFFECTIVE 02-21-2015 PACE

ITEM  COVERAGE   LINE
 NO    AMOUNT     NO    DESCRIPTION
 01     10596      1    GENTS 18K YELLOW GOLD STAINLESS STEEL THUNDERBIRD
                   2    OYSTER PERPETUAL DATEJUST ROLEX WATCH (16263) WITH
                   3    JUBILEE BRACELET. THE TURN-O-GRAPH BEZEL IS 18K
                   4    YELLOW GOLD. THE DIAL IS CHAMPAGNE WITH 10 BRILLIANTS
                   5    SET ON DIAL.

                        CHANGED    02-21-2015              PACE INDEX 238.3
```