**EXHIBIT 5**



**StateFarm**

RBZ000HY
State Farm Fire and Casualty Company

# Fire File History - File Notes

Route To: Kathy Miss

## BASIC CLAIM INFORMATION

Claim Number: 46-2Q42-405
Date of Loss: 03-23-2013
Policy Number: 46-B3-C231-0
Named Insured: MASSENBURG, TONY A

## FILE HISTORY

### File History - File Notes

**08-07-2013 - 11:54 AM EDT**  Performer: Parrish, Brenda  Office: MATLIOC
File Note: Contact
Participant:  COL / Line (Participant): 46 / 001 ( Named Insured(s) )
Category: Contact  Sub Category:

Called Mervis and l/m ph chose to cash out on item #2-earring
Sent und review

**08-07-2013 - 11:54 AM EDT**  Performer: Parrish, Brenda  Office: MATLIOC
File Note: Issued paymt to ph for cash out
Participant:  COL / Line (Participant): 46 / 001 ( Named Insured(s) )
Category: Payments  Sub Category:

Rec'd quote from Mervis, updated CI
Quote amt $8786.24, coverage lmt $12,911.00, no DED
Spoke to Mr ph and discussed quote, ph chose to cash out.
Issued draft in amt of $8786.24 to ph for item #2-earring, sent draft w/ltr & CI

**08-01-2013 - 06:01 PM EDT**  Performer: Parente, Richard J  Office: MATLIOC
File Note: OAR-please contact insured to review JRQ and move
Participant:  COL / Line (Participant):
Category: Management  Sub Category:

OAR-please contact insured to review JRQ and move claim forward. Send 45 day letter if file remains open.

**07-20-2013 - 03:20 PM EDT**  Performer: Hughes, Kelly  Office: MATLIOC
File Note: ioc pending
Participant:  COL / Line (Participant):
Category: Pending  Sub Category:

>ph c/b rev jrq and conclude if he will repl or cash out. Note says cash out. Send u/w review as well.

**07-20-2013 - 03:19 PM EDT**  Performer: Hughes, Kelly  Office: MATLIOC
File Note: Rev'd jrq for $8786.24
Participant: TONY A MASSENBURG  COL / Line (Participant):
Category: Contact  Sub Category:

Rev'd jrq for $8786.24 to replace single stud, rev'd and quote is lkq. Called ph at 1178 and vm is not set up. Called 0772 and lm.

**07-12-2013 - 02:47 PM EDT**  Performer: Southern, Martha  Office: MATLIOC
File Note: Pending
Participant: TONY A MASSENBURG  COL / Line (Participant): 46 / 001 ( Named Insured(s) )
Category: Pending  Sub Category:

Pending
* Quote from Mervis to replace item #2 one round brilliant cut diamond earring, 1.50 CT
* Coverage limit is $12,911.
* No deductible.

Date: 09-17-2015

Page 1

FOR INTERNAL STATE FARM USE ONLY
Contains CONFIDENTIAL information which may not be disclosed without express written authorization

| FIRE | Claim Number: 46-2Q42-405 | RBZ000HY |

---

**07-12-2013 - 02:44 PM EDT**   Performer: Southern, Martha   Office: MATLIOC
  File Note: JRQ sent to Mervis
  Participant:                                COL / Line (Participant): 46 / 001 ( Named Insured(s) )
  Category: SFRP                              Sub Category:

Received reassignment instructions  please send the jrq to: MERVIS DIAMOND CORP for item #2.

Created CI for item #2 one 14K WG 4 prong basket style earring w/ 1 RBC diamond, 1.50 CT.
No change in pace, no deductible.

Sent JRQ to Mervis in Vienna, VA.

**07-12-2013 - 12:29 PM EDT**   Performer: Routzahn, Allen   Office: MATLIOC
  File Note: IOC Pending
  Participant:                                COL / Line (Participant):
  Category: Pending                           Sub Category:

JRQ

**07-12-2013 - 12:28 PM EDT**   Performer: Routzahn, Allen   Office: MATLIOC
  File Note: ni foi
  Participant: TONY A MASSENBURG              COL / Line (Participant):
  Category: Investigation, Contact            Sub Category:

R/c from Mr. ni, he reviewed with me that about a year ago he went to a night club in Washington DC Called 1223, while he was there the stud earring that he was wearing  fell out of his ear. He did no relaize this until he left the club. He called the club and followed up but they did not have the earring. I looked up the club online they are no longer in business. Ph is ex- professional basketball player. Reviewed with ph about sfrs, he would like to have the quote go to the closest jeweler, he would like to take the cash out option for settlement.  Sending referral to ch.

Item #2 Limit $12911 no change in pace and no ded
MERVIS DIAMOND CORP

**07-12-2013 - 10:48 AM EDT**   Performer: Gambill, Jonathan   Office: MATLIOC
  File Note: Call from fiance. Adv we need to s/w Mr. PH.  She
  Participant: TONY A MASSENBURG              COL / Line (Participant):
  Category: Contact                           Sub Category:

Call from fiance.  Adv we need to s/w Mr. PH.  She will have him call in

**07-10-2013 - 05:07 PM EDT**   Performer: White, Dawn   Office: MATLIOC
  File Note: IOC Pending
  Participant:                                COL / Line (Participant):
  Category: Pending                           Sub Category:

• PH QFC

**07-10-2013 - 05:06 PM EDT**   Performer: White, Dawn   Office: MATLIOC
  File Note: calendar review / called ph
  Participant:                                COL / Line (Participant):
  Category: Contact                           Sub Category:

Called PH Tony @1178 vm not set up yet
         @0772 lm
sent 45 day ltr

**07-08-2013 - 11:02 AM EDT**   Performer: Parente, Richard J   Office: MATLIOC
  File Note: Please open COL.
  Participant:                                COL / Line (Participant):
  Category: Management                        Sub Category:

Please open COL.

**07-08-2013 - 11:02 AM EDT**   Performer: Parente, Richard J   Office: MATLIOC
  File Note: OAR-please continue efforts to make first contact.
  Participant:                                COL / Line (Participant):
  Category: Management                        Sub Category:

OAR-please continue efforts to make first contact, follow up with 45 day letter.

FOR INTERNAL STATE FARM USE ONLY
Contains CONFIDENTIAL information which may not be disclosed without express written authorization.

| FIRE | Claim Number: 46-2Q42-405 | | RBZ000HY |
|---|---|---|---|

| 06-07-2013 - 09:25 AM EDT | Performer: Cornejo, Sonia | | Office: MATLIOC |
|---|---|---|---|
| File Note: IOC Pending - FCN | | | |
| Participant: TONY A MASSENBURG | | COL / Line (Participant): | |
| Category: Contact, Pending | | Sub Category: | |

Called Ph at 240-401-1178 - VM has not been set up.
703-863-0772 - LMTCB
sending contact letter.

| 06-07-2013 - 08:02 AM CDT | Performer: System | | Office: System |
|---|---|---|---|
| File Note: Remarks from Loss Report User | | | |
| Participant: | | COL / Line (Participant): | |
| Category: New Claim | | Sub Category: | |

Remarks from Agency

FOR INTERNAL STATE FARM USE ONLY
Contains CONFIDENTIAL information which may not be disclosed without express written authorization.