# EXHIBIT 6

 **StateFarm**

RBZ0003U
State Farm Fire and Casualty Company

## Fire Payments

Route To: Kathy Miss

## BASIC CLAIM INFORMATION

Claim Number: 46-2Q42-405
Date of Loss: 03-23-2013
Policy Number: 46-B3-C231-0
Named Insured: MASSENBURG, TONY A

## PAYMENTS

C denotes consolidated payment
E denotes EFT payment

| Payment Number | Issued Date | Payee | Status | Amount | Auth ID |
|---|---|---|---|---|---|
| 107818579J | 08-07-2013 | TONY A. MASSENBURG | Paid | $8,786.24 | AKE8 |
| | | | Grand Total | $8,786.24 | |

FOR INTERNAL STATE FARM USE ONLY
Contains CONFIDENTIAL information which may not be disclosed without express written authorization.