IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| TONY ARNEL MASSENBURG, ) | Case No. 12-27073-TJC |
| ) | |
| Debtor. ) | (Chapter 7) |
| ) | |

**ORDER COMPELLING DEBTOR TO TURN OVER PROPERTY OF THE ESTATE**

Upon consideration of the Trustee's Motion to Compel Debtor to Turn Over Property of the Estate ("the Motion to Compel"), any opposition thereto, this Court being fully advised, and good cause existing for the relief requested, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion to Compel shall be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Debtor shall turn over to the Trustee, within ten (10) days of the entry of this Order: (1) the Debtor's Rolex Watch referenced in the Motion; and (2) the proceeds of the Settlement Check referenced in the Motion in the amount of $8,786.24, plus prejudgment interest from August 7, 2013 to the date of turnover; and it is further

**ORDERED**, that the Debtor shall reimburse the reasonable attorney's fees and expenses incurred by the Trustee in preparing and litigating this motion.

cc: Roger Schlossberg, Esq.
Frank J. Mastro, Esq.
Eric H. Kirchman, Esq.

**END OF ORDER**