# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:                                          :

TONY ARNEL MASSENBURG              :

              Debtor            :     Case No. 12-27073-TJC
                                    Chapter 7
                               :

## SECOND CONSENT MOTION TO EXTEND TIME WITHIN WHICH DEBTOR MAY FILE A RESPONSE TO THE TRUSTEE'S MOTION TO TURN OVER PROPERTY

Debtor, Tony Arnel Massenburg by his attorney, Eric H. Kirchman, moves the court to enter a second order extending the time within which he may file a response to the Trustee's motion to turn over property and for reasons states as follows:

1. That debtor's attorney needs an additional two weeks to respond to the Trustee's Motion to Turn over property.

2. The debtor's attorney has reviewed the allegations contained within the Trustee's motion and believes that Debtor needs to seek further advice on this matter from another attorney.

3. That the Trustee, through counsel, consents to the debtor having until January 22, 2016.

**WHEREFORE,** the debtor prays that the court entered an order extending the time within which he may file a response to the trustee's motion to turn over property

through and including January 22, 2016, and for such other and further relief as is just

and

proper.

                                        /S/Eric H. Kirchman
                                        Eric H. Kirchman
                                        Md. Fed. Bar No. 09002
                                        Attorney for Debtor
                                        15 West Montgomery Avenue, Suite 205
                                        Rockville, Maryland 20850
                                        (301) 762-2909
                                        Fax: (202) 204-6269
                                        Email: Kirchlaw@cs.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties by the court's electronic filing system or was mailed by first class mail, postage prepaid, on this the 8th day of January 2016, to:

Frank Mastro, Esquire
18421 Henson Boulevard, Suite 201
Hagerstown, Maryland 21742

                                        /S/Eric H. Kirchman
                                        Eric H. Kirchman