IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) <br> TONY ARNEL MASSENBURG ) <br>     Debtor. ) <br> _____ ) <br> ) <br> ROGER SCHLOSSBERG, TRUSTEE, ) <br>     Movant, ) <br> ) <br> v. ) <br> ) <br> TONY ARNEL MASSENBURG, ) <br>     Respondent. ) <br> _____ ) | Case No. 12-27073-TJC <br> (Chapter 7) |

**JOINT MOTION TO CONTINUE HEARING**
**ON TRUSTEE'S MOTION FOR TURNOVER**

Movant, Roger Schlossberg, Trustee, and Respondent, Tony Arnel Massenburg, Debtor, by their respective undersigned counsel, hereby jointly move to continue the hearing on the Trustee's *Motion to Compel Debtor to Turn Over Property of the Estate* (the "*Turnover Motion*") scheduled for March 3, 2016 at 2:00 p.m.

1. On December 14, 2015, the Trustee filed the *Turnover Motion* seeking turnover of an 18-carat yellow gold and stainless steel Rolex watch containing 10 brilliant diamonds (the "Rolex Watch") and the proceeds the Debtor obtained from an insurance claim (the "Insurance Proceeds") he made on a 14-carat white gold, basket-style earring featuring a 1.5-carat diamond ("the Diamond Earring").

2. Contemporaneous with the *Turnover Motion*, the Trustee also filed a *Complaint Objecting to Discharge of Debtor* ("the *Discharge Complaint*") arising out of the Debtor's failure to schedule or disclose the Rolex Watch, the Diamond Earring, and the Insurance Proceeds.

3.  On January 22, 2016, the Debtor filed a *Response* to the *Turnover Motion* and an *Answer* to the *Discharge Complaint*. In his *Response* and *Answer*, the Debtor contends that he does not own the Rolex Watch and that, therefore, it is not property of his bankruptcy estate.

4.  The dispute as to ownership of the Rolex Watch is an issue to be litigated in the trial of the *Discharge Complaint*. The resolution of that issue likely will be dispositive as to that portion of the *Turnover Motion* directed to the Rolex Watch.

5.  Discovery in the *Discharge Complaint* action regarding the ownership of the Rolex Watch is ongoing. The parties believe that it would be premature to hold a hearing on the *Turnover Motion* prior to the completion of the discovery in the *Discharge Complaint* action. Moreover, in light of the common issue regarding the ownership of the Rolex Watch, the parties believe that the *Turnover Motion* should be adjudicated together with the *Discharge Complaint*, which is presently scheduled to be tried on November 9, 2016.

6.  The Rolex Watch presently is located in the home of the Debtor's parents in Stony Creek, Virginia. In order to preserve the Rolex Watch pending the disposition of the *Turnover Motion* and *Discharge Complaint*, the Debtor has agreed to renew the State Farm insurance policy for the Rolex Watch and add the Trustee as an additional insured on said policy. The Trustee, in turn, acknowledges that the renewal of the insurance policy and addition of the Trustee as an additional insured is not to be construed as an admission by the Debtor and shall not be admissible in any future proceedings regarding the *Turnover Motion* and *Discharge Complaint*.

7.  As additional grounds for the requested continuance, counsel for the Debtor is scheduled to be out-of-town on March 3, 2016 and is not available to attend the hearing.

WHEREFORE, the parties respectfully request that the hearing on the *Turnover Motion* scheduled for March 3, 2016 be continued and that the matter be consolidated with the trial of the *Discharge Complaint* scheduled for November 9, 2016.

| | |
|---|---|
| /s/ Frank J. Mastro | /s/ Daniel M. Press |
| Frank J. Mastro #24679 | Daniel M. Press #07300 |
| Schlossberg & Mastro | Chung & Press, P.C. |
| 18421 Henson Blvd., Suite 201 | 6718 Whittier Ave., Suite 200 |
| Hagerstown, MD 21742 | McLean, VA 22101 |
| 301) 739-8610 | (703) 734-3800 |
| *Attorneys for Trustee* | *Attorneys for Debtor* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **29th** day of **February, 2016**, I served a copy of the foregoing Joint Motion to Continue Turnover Hearing via email and first-class, postage prepaid mail upon:

> Daniel M. Press, Esq.
> Chung & Press, P.C.
> 6718 Whittier Ave., Suite 200
> McLean, VA 22101
> dpress@chung-press.com
> *Attorney for Debtor*

/s/ Frank J. Mastro
Frank J. Mastro

3