Signed: March 01, 2016
SO ORDERED
This matter will be jointly administered with Adversary Proceeding no. 15-00661. The pre-trial is scheduled for November 1, 2016, at 10:00 a.m., and the trial is scheduled for November 9, 2016, at 10:30 a.m.



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.:   12–27073 – TJC    Chapter: 7

Tony Arnel Massenburg
8210 Crestwood Heights Drive
#629
Mc Lean, VA 22102

## ORDER GRANTING CONTINUANCE OF HEARING
## ON MOTION FOR TURNOVER OF PROPERTY

Upon consideration of the joint motion for continuance filed in the above–captioned matter by **Chapter 7 Trustee**, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled on **March 3, 2016** is continued to **SEE ABOVE FOR DATE/TIME** in Courtroom **3–E, Greenbelt**.

cc:    All Parties – Debtor, Chapter 7 Trustee
        All Counsel – Frank J. Mastro, Daniel M. Press

## End of Order

**12.1 – 5/21/12** *cadams*